IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO! INC., | No. C-04-4555 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| EAST COAST EXOTICS ENTERTAINMENT GROUP, INC. et al., | |
| Defendants. | |

On February 24, 2005, the Court issued an order continuing the case management conference in the above-titled action from February 25, 2005 to April 29, 2005, and further set April 22, 2005 as the deadline for filing a motion for default judgment or a dismissal of the complaint. On April 22, 2005, plaintiff filed a proposed Consent Permanent Injunction and Final Judgment against Defendant Epoth LLC, which the Court entered later the same day. Plaintiff has not filed a motion for default judgment or a dismissal with respect to its claims against defendant East Coast Exotics Entertainment Group, Inc. ("East Coast"), however.

Accordingly, plaintiff is hereby ORDERED to show cause, in writing prior to the April 29, 2005 case management conference, why its claims against East Coast should not be dismissed due to plaintiff's failure to comply with the Court's February 24,

1 | 2005 order.

2 | **IT IS SO ORDERED.**

3 | Dated: April 25, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge